IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK WASHINGTON,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY, et al.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 19-4213 |

## **ORDER**

**AND NOW**, this 28th day of June 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 27) and attached exhibits (Doc. Nos. 28-31), Plaintiff's Response in Opposition (Doc. No. 32) and attached exhibits (Doc. No. 33), Defendants' Reply (Doc. No. 37), the arguments of counsel for the parties at the hearing held on February 19, 2021 (Doc. No. 41), the supplemental letters from the parties (Doc. Nos. 42-43), and in accordance with the Opinion of the Court issued this date, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 27) is **GRANTED**.

2. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.